ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/30/2025 1:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/30/2025 1:05:00 PM
CHRISTOPHER A. PRINE
Clerk

Cause No. 15-25-00142-CV

IN THE COURT OF APPEALS

FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

ROBERT EDWARD BATTAILE, Appellant

V.

STATE OF TEXAS, KEN PAXTON, JANE NELSON et al., Appellees

**MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellant, Robert Edward Battaile, appearing pro se, respectfully moves this Court

for an extension of time to file his appellate brief and shows as follows:

1. Current Deadline. Appellant's brief is presently due on Oct 2, 2025.

2. Requested Extension. Appellant requests an additional 10 days, making the

new deadline Oct 12, 2025.

3. Reason for Extension.

a) This request is not made for delay but so that justice may be done. The

clerk's record is insufficient and the Appellant noted at least 11 documents (260 pages in

total) that never got transferred to the 15th Court for the Judges' review.

b) On Sep 28, 2025, Appellant filed the MOTION TO SUPPLEMENT THE CLERK'S

RECORD WITH OMITTED ITEMS that were not included in the transition from D-1-

GN-25-000719-CV to 3-25-00484-CV and on to the 15th Court. The filing included an

Affidavit and 11 date-stamped documents that were omitted, including

   i) PLAINTIFF'S SECOND AMENDMENT TO PETITION TO CONTEST 2024 MANOR TEXAS CITY COUNCIL AND MAYORAL ELECTION AND TO CAUSE NEW ELECTION BE HELD; and

   ii) CHALLENGE TO THE CONSTITUTIONALITY OF A STATE STATUTE.

4. Appellant also contacted the Travis County Clerk's office with the Letter submitted to the court; and the followup email conversation from Max Hernandez is attached in chronological order to wit:

a) Exhibit A. Mr. Hernandez's initial response on Sep 29, 2025 at 9:20 am;

b) Exhibit B. Appellant's response at 10:41 am;

c) Exhibit C. Mr. Hernandez's second response at 12:38 pm; and

d) Exhibit D. Appellant's final response at 3:01 pm.

5. These Responses leave the Appellant with no timeframe as to the transfer; and no confidence that it will even happen unless the 15th Court ORDERS that these actions be done. Appellant recommends ordering a deadline of three days for this simple chore that should have already been completed.

6. Prior Extensions. This is Appellant's second request for an extension of time to file his brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the Court grant this Motion and extend the deadline for filing his appellate brief on or before Oct 12, and for such other relief to which he may be justly entitled.

Respectfully submitted,

_____/s/ Robert Edward Battaile_____

Robert Edward Battaile, Pro Se
502 E Eggleston St Unit B, Manor TX 78653
robert@manortx.us

## CERTIFICATE OF CONFERENCE

Appellant certifies that he has not recently attempted further conference with counsel for all Appellees because many of them were only formally added as appellees within the last few days. However, from the outset of this litigation, including in the initial filings and in open court at prior hearings, Appellant has repeatedly requested that the parties engage in mediation. To date, those requests have not been accepted.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served on all Appellees' counsel of record on Sep 30, 2025, via eService through the Court's electronic filing system, and certified mail if needed.

_____/s/ Robert Edward Battaile_____
Robert Edward Battaile, Appellant Pro Se

Cause No. 15-25-00142-CV
IN THE COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS
AT AUSTIN

ROBERT EDWARD BATTAILE, Appellant

v.

STATE OF TEXAS, KEN PAXTON, JANE NELSON et al, Appellees

**ORDER**

On this day, the Court considered Appellant's Motion for Extension of Time to File Brief. After reviewing the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Appellant's Motion for Extension of Time is GRANTED. Appellant's brief shall be filed on or before Oct 12, 2025.

SIGNED this ___ day of _____, 2025.

\n_____

Justice, Fifteenth Court of Appeals

## Re: [CAUTION EXTERNAL] Updating Courts Record for D-1-GN-25-000719-CV

○ **Max Hernandez** <max.hernandez@traviscountytx.gov>                    9/29/2025 9:20 AM   🔖        MH

**To** battaile@calexas.com,   District Clerk Help

Reply     Reply all     Forward     Delete     ≡

📎 1 attachment ▶     View     Download     Save to Drive

Dear Robert,

I have searched our filing queues for Envelope #106171308, as you indicated, however I am not seeing an envelope submitted to our office with that number. Usually, our envelope numbers start with #105. Seeing that yours starts with #106, this leads me to believe that perhaps you submitted this filing to a different court. Are you sure that your motion was not filed with the 15th COA instead?

Thank you for your attention to this matter,

**Maximiliano Hernandez**
**Travis County District Clerk – Civil Division Director**
P.O. BOX 679003
Austin, Texas 78767-9003
(512) 854-5823
Max.Hernandez@TravisCountyTX.Gov





# Re: [CAUTION EXTERNAL] Updating Courts Record for D-1-GN-25-000719-CV

○ **battaile@calexas.com**                                     9/29/2025 10:41 AM    🔖         **B**

**To** Max Hernandez

Reply    Reply all    Forward    Delete    ≡

📎 3 attachments ▸    View    Download    Save to Drive

Hello sir,
It was filed into the 15th Circuit of Appeals and accepted. Here is the date stamped copy of the Letter. Aren't you in charge of the COURT RECORDS for ALL of Travis County? Attached is the pdf with all the docs I felt had to be transferred for the Judges review. Frankly, I shouldn't have had to do this.
Please review and advise, thanks.

- Robert Battaile

Email content

... On 09/29/2025 9:20 AM CDT Max Hernandez <max.hernandez@traviscountytx.gov> wrote: Dear Robert, I have searched our filing queues for Envelope #106171308, as you indicated, however I am not seeing an envelope ...
... and correct copy of the foregoing correspondence was served on all counsel and parties of record on September 29, 2025, via the eFileTexas system. /s/ Robert Edward Battaile Robert Edward Battaile, Pro Se

## Re: [CAUTION EXTERNAL] Updating Courts Record for D-1-GN-25-000719-CV

○ **Max Hernandez** <max.hernandez@traviscountytx.gov>   9/29/2025 12:38 PM   🔖   **MH**

**To** battaile@calexas.com

Reply   Reply all   Forward   Delete   ☰

📎 2 attachments ▶   View   Download   Save to Drive

Dear Robert,

Our office only handles cases that are filed with the Travis County District Courts. Since the 15th COA is an entirely separate jurisdiction, our office has not received notice of this filing. Pursuant to the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure, please submit this document directly to our office in person, by regular mail, or online using the Texas Efile System at Efile.Txcourts.gov.

Lastly, in hopes to provide you with further clarification, please note that the responsibility to file a designation of clerks record falls solely on you. TRAP 34.5(b) specifies that a written designation specifying items to be included in the clerk's record is required to be filed at anytime before the clerk's record is prepared. Unfortunately, it appears you did not file a designation prior to the record being transmitted to the Court of Appeals.

Hope this information helps.

Thank you for your attention to this matter,

**Maximiliano Hernandez**
**Travis County District Clerk – Civil Division Director**
P.O. BOX 679003        Contacts

## [CAUTION EXTERNAL] Updating Courts Record for D-1-GN-25-000719-CV

Exhibit 4   15-25-00142-CV

# Re: [CAUTION EXTERNAL] Updating Courts Record for D-1-GN-25-000719-CV

**battaile@calexas.com**       9/29/2025 3:01 PM   

**To**   Max Hernandez

Reply     Reply all     Forward     Delete     ☰

📎   2 attachments ▸     View     Download     Save to Drive

I filed a Motion to get all the records (transcripts) and I sent a Motion to get the Clerks Records.
Your court left out the July 3 record and left out all the others. I don't think I can eFile into the 459th anymore.
Are you saying that even if the 15th Circuit requests the record that you are unable to provide it? YOU LEFT OUT 11 DOCUMENTS.

_ Robert

...    On 09/29/2025 12:38 PM CDT Max Hernandez <max.hernandez@traviscountytx.gov> wrote: Dear Robert, Our office only handles cases that are filed with the Travis County District Courts. Since the 15 th COA is an ...
... ALL of Travis County? Attached is the pdf with all the docs I felt had to be transferred for the Judges review. Frankly, I shouldn't have had to do this. Please review and advise, thanks. - Robert Battaile

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106260234
Filing Code Description: Motion - Exempt
Filing Description: MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
Status as of 9/30/2025 1:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/30/2025 1:05:00 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/30/2025 1:05:00 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/30/2025 1:05:00 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/30/2025 1:05:00 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/30/2025 1:05:00 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/30/2025 1:05:00 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/30/2025 1:05:00 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/30/2025 1:05:00 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/30/2025 1:05:00 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/30/2025 1:05:00 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/30/2025 1:05:00 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/30/2025 1:05:00 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/30/2025 1:05:00 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 9/30/2025 1:05:00 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/30/2025 1:05:00 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/30/2025 1:05:00 PM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/30/2025 1:05:00 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/30/2025 1:05:00 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 9/30/2025 1:05:00 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/30/2025 1:05:00 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/30/2025 1:05:00 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/30/2025 1:05:00 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106260234
Filing Code Description: Motion - Exempt
Filing Description: MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
Status as of 9/30/2025 1:39 PM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/30/2025 1:05:00 PM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 9/30/2025 1:05:00 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/30/2025 1:05:00 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/30/2025 1:05:00 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/30/2025 1:05:00 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/30/2025 1:05:00 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 9/30/2025 1:05:00 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/30/2025 1:05:00 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/30/2025 1:05:00 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/30/2025 1:05:00 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/30/2025 1:05:00 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/30/2025 1:05:00 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 9/30/2025 1:05:00 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 9/30/2025 1:05:00 PM | SENT |